# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LAWRENCE HAMILTON;
GOKB-MISSISSIPPI, LLC; and
GOKB-MURFEESBORO, LLC,

        Plaintiffs,

v.

                                **ORDER**
                                Civil File No. 19-1426 (MJD/ECW)

FRANCHOICE, INC. and
TOM SCARDA,

        Defendants.

Based upon the Report and Recommendation by United States Magistrate

Judge Elizabeth Cowan Wright dated December 19, 2019, all the files and

records, and no objections having been filed to said Report and

Recommendation, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States
   Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019
   [Docket No. 47].

2. Defendants' Motion for Partial Dismissal Pursuant to Rule
   12(b)(6) [Docket No. 12] is **GRANTED IN PART** and **DENIED
   IN PART** as follows:

a.  Defendants' Motion is **GRANTED** as to Plaintiffs' claims
    under the Minnesota Franchise Act and the Mississippi
    Franchise Law, and those claims are **DISMISSED
    WITHOUT PREJUDICE**; and

b.  Defendants' Motion is **DENIED** as to Plaintiffs' claim
    under the New York Franchise Sales Act.


Dated:  January 16, 2020            s/ Michael J. Davis
                                    Michael J. Davis
                                    United States District Court